AO 93 (Rev 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>2424 South 20th Street, Philadelphia, Pennsylvania,<br>(for more particularized description, See Attachment A) | ) ) ) ) ) ) Case No.  19-143-M-1 |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Pennsylvania_____
*(identify the person or describe the property to be searched and give its location)*:

2424 South 20th Street, Philadelphia, Pennsylvania, (for more particularized description, See Attachment A)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Items as described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    February 10, 2019     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for    _ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of

Date and time issued:   1/28/19  9:30 am                          _____
                                                                                                  *Judge's signature*

City and state:   Philadelphia, PA                              ELIZABETH T. HEY, U.S. MAGISTRATE JUDGE
                                                                                        *Printed name and title*

AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>19-143-M-1 | Date and time warrant executed:<br>01/31/2019 7 00 am | Copy of warrant and inventory left with:<br>Angelina D'Antonio |
| Inventory made in the presence of :<br>James Krieger |||
| Inventory of the property taken and name of any person(s) seized:<br><br>Miscellaneous financial documents; indicia of residence; $4121 US currency; three (3) cellular phones; one (1) Glock model 43, 9mm, semi-automatic firearm, serial number BCFL002 with two (2) magazines and 12 rounds of 9mm ammunition; one (1) Taurus model G2, 9mm, semi-automatic firearm, serial number THS58145 with one (1) magainze and 17 rounds of 9mm ammunition; US passport #595579894 in the name of John Florio. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/04/2019

*Executing officer's signature*

Scott Baber, Special Agent, FBI
*Printed name and title*

## ATTACHMENT A (RESIDENCE)

The properties to be searched are:

1. 2424 South 20th Street, Philadelphia, Pennsylvania. The building is further described as a two-story row home with light brown bricks on the ground level and darker stucco style exterior on the second floor. The numbers 2424 are placed to the right of the door.

2. Any and all cellular telephones located inside 2424 South 20th Street, Philadelphia, Pennsylvania.

Photographs of 2424 South 20th Street, Philadelphia, Pennsylvania are attached below:



14