IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : MAGISTRATE NOS. 19-143-M-1 & 2 |
| SEARCH OF CERTAIN PROPERTY | : |

## ORDER

AND NOW, this 19TH day of February 2019, it is hereby

## ORDERED

that the Application for Search and Seizure Warrant, the executed Search and Seizure Warrant and inventory, the Affidavit in Support of the Search and Seizure Warrant, the Search and Seizure Warrant Return, and accompanying docket papers are hereby UNIMPOUNDED.

BY THE COURT:

HONORABLE MARILYN HEFFLEY
*United States Magistrate Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **MAGISTRATE NO. 19-143-M-1 & 2** |
| **SEARCH OF CERTAIN PROPERTY** | : | |

## MOTION TO UNIMPOUND
## SEARCH WARRANT MATERIALS

The United States of America, through its attorneys William M. McSwain, United States Attorney, and John S. Han, Trial Attorney, Organized Crime and Gang Section, United States Department of Justice, hereby moves to unimpound that the Application for Search and Seizure Warrant, the executed Search and Seizure Warrant and inventory, the Affidavit in Support of the Search and Seizure Warrant, the Search and Seizure Warrant Return, and accompanying docket papers, and in support of this motion states as follows:

1. On January 29, 2019, Honorable Elizabeth T. Hey, United States Magistrate Judge, upon motion of the government, entered an Order impounding the Search and Seizure Warrant, the Application for Search and Seizure Warrant, the Affidavit in Support of the Search and Seizure Warrant, any subsequent inventory, and accompanying docket papers in the above-captioned matter.

2. On January 31, 2019, the search warrant was executed.

3. In light of the foregoing, the government requests that the Application for Search and Seizure Warrant, the executed Search and Seizure Warrant and inventory, the Affidavit in Support of the Search and Seizure Warrant, the Search and Seizure Warrant Return, and accompanying docket papers be unsealed and unimpounded.

WHEREFORE, the government respectfully requests that the government's motion to unimpound search warrant materials be granted.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney

JOHN S. HAN
Trial Attorney
Organized Crime and Gang Section
United States Department of Justice

Date: February 15, 2019